PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAFAEL FLORES,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01463-EPG<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 10) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the prior ALJ decision will be vacated, and the agency will issue a new decision. This stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g). The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant.

                                        Respectfully submitted,

Dated: May 31, 2022                        PHILLIP A. TALBERT
                                              United States Attorney
                                              PETER THOMPSON

                                                Acting Regional Chief Counsel, Region IX
Social Security Administration

                                      By      */s/  Patrick Snyder*
                                                    PATRICK SNYDER
                                                    Special Assistant U.S. Attorney

                                                    Attorneys for Defendant

Dated: May 26, 2022

                                      By      */s/ Jonathan Omar Pena*
                                                  (*as authorized via e-mail)
                                                  JONATHAN OMAR PENA
                                                  Attorney for Plaintiff

## ORDER

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 10), and for good cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **June 1, 2022**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE